ERIC GRANT
United States Attorney
ERIC A. CATTO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO ALEJANDRO MENDOZA FELIX,<br><br>Defendant. | CASE NO. 1:26-cr-0102-KES-EPG<br><br>UNITED STATES' MOTION AND ORDER FOR DISMISSAL |

The United States now moves to dismiss the indictment in the above captioned case filed on June 11, 2026, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The United States secured a superseding indictment which was filed on October 1, 2026, and has been assigned case number 1:26-cr-00170-KES-EPG, which encompasses the same misconduct charged in the present case.

Dated: October 28, 2026

ERIC GRANT
United States Attorney

By: /s/ Eric A. Catto
ERIC A. CATTO
Assistant U.S. Attorney

Order

The Court hereby orders that the indictment in case number 1:26-cr-0102-KES-EPG, filed on June 11, 2026, be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: October 28, 2026

UNITED STATES DISTRICT JUDGE